FILED

JAN 31 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR257-H |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | |
| JESUS VAZQUEZ LOZANO, ) | Title 18, U.S.C., Sec. 1544- Misuse of Passport (Felony) |
| Defendant. ) | |

The United States Attorney charges:

On or about January 3, 2008, within the Southern District of California, defendant JESUS VAZQUEZ LOZANO, did willfully and knowingly use and attempted to use a United States passport issued and designed for the use of another in the following manner, to wit; defendant presented a United States passport to a federal officer, claiming to be J De Jesus Lozano, a United States citizen, knowing full well that he was not, to gain entry into the United States; in violation of Title 18, United States Code, Section 1544.

DATED: January 31, 2008.

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney

WMC:lml:1/15/08