26

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
JAN 31 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.

JESUS VAZQUEZ LOZANO

WAIVER OF INDICTMENT

CASE NUMBER: 08CR257

I, __JESUS VAZQUEZ LOZANO__, the above named defendant, who is accused of violating Title 18, U. S. C., Sec. 1544 - Misuse of Passport (Felony), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __1-31-08__ prosecution
Date
by indictment and consent that the proceeding may be by information rather than by indictment.

X _Jesus Vazquez Lozano_
JESUS VAZQUEZ LOZANO
Defendant

_____
TIMOTHY R. GARRISON
Counsel for Defendant

Before _____
JUDICIAL OFFICER

WMC:lml:1/15/08